McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00097-AC |
| Plaintiff, | |
| v. | ORDER UNSEALING CRIMINAL COMPLAINT |
| JOSE INIGUEZ aka JOSE PLACENCIA, | |
| Defendant. | |

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, it IS HEREBY ORDERED that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:18-MJ-00097-AC be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED**.

Dated: March 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL COMPLAINT

1