1  McGREGOR W. SCOTT
   United States Attorney
2  ANDRÉ M. ESPINOSA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00097-AC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSE INIGUEZ aka JOSE PLACENCIA, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 2:18-MJ-00097-AC, against JOSE INIGUEZ aka JOSE PLACENCIA is GRANTED.

Dated: March 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1